## PHILIP L. DESROSIERS, SR. *v.* STELLA DESROSIERS
### (AC 26237)

Flynn, Harper and Dupont, Js.*

Argued January 4—officially released February 14, 2006

Per Curiam. The judgment is affirmed.

## VICTOR WEBB *v.* COMMISSIONER OF CORRECTION
### (AC 26129)

Flynn, Gruendel and Dupont, Js.*

Submitted on briefs January 13—officially released February 14, 2006

Per Curiam. The appeal is dismissed.

## STEPHEN SZALKIEWICZ *v.* COMMISSIONER OF CORRECTION
### (AC 25977)

Flynn, Gruendel and Dupont, Js.*

Submitted on briefs January 13—officially released February 14, 2006

Per Curiam. The appeal is dismissed.

* The listing of judges reflects their seniority status on this court as of the date of oral argument or the date the appeal was submitted on the briefs.